IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TERRY L. CHRISTIANSON,<br><br>　　　　　　Defendant. | **4:22CR3129**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 34), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 26), will be held before the undersigned magistrate judge on May 16, 2023 at 2:00 p.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Two hours have been set aside for this hearing.

Dated this 21st day of April, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge