IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TERRY L. CHRISTIANSON,<br><br>               Defendant. | 4:22-CR-3129<br><br>ORDER |

      This matter is before the Court on the defendant's objection (filing 54) to the Magistrate Judge's Findings and Recommendation (filing 53) recommending that the defendant's motion to suppress (filing 26) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

      IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 53) are adopted.

2. The defendant's objection (filing 54) is overruled.

3. The defendant's motion to suppress (filing 26) is denied.

Dated this 25th day of August, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge